FILED
OCT 16 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-209-JAD-(VCF) |
| ) | |
| MICHELLE HAEHNEL, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On October 16, 2013, defendant MICHELLE HAEHNEL pled guilty to Counts One through Three of a Five-Count Criminal Indictment, charging her in Counts One through Three with Wire Fraud in violation of Title 18, United States Code, Section 1343 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Indictment and the Plea Agreement. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. __.

This Court finds that MICHELLE HAEHNEL shall pay a criminal forfeiture money judgment of $95,480.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MICHELLE HAEHNEL a criminal forfeiture money judgment in the amount of $95,480.00 in United States Currency.

DATED this 16th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE