FILED

MAR 20 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,     Plaintiff,  v.  MICHELLE HAEHNEL,     Defendant. | 2:12-CR-209-JAD-(VCF) |

### ORDER OF FORFEITURE

This Court found on October 17, 2013, that MICHELLE HAEHNEL shall pay the criminal forfeiture money judgment of $95,480.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 39; Plea Agreement, ECF No. 40; Order of Forfeiture, ECF No. 42.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MICHELLE HAEHNEL the criminal forfeiture money judgment in the amount of $95,480.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .
. . .
. . .
. . .
. . .

1  United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title
2  21, United States Code, Section 853(p).
3  DATED this 20th day of ~~January~~ March, 2014.

_____
UNITED STATES DISTRICT JUDGE

2